1376

Ethel S. Baltzell, et al., Appellants, v. W. W. Wester, Appellee.

*James H. Finch,* for Appellant.

*Carter & Solomon,* for Appellee.

A. Purdee, et al., Appellants, v. W. C. Folsom, et al., Appellees.

*Moses Guyton,* for Appellants;

*Clyde E. Mayhall,* for Appellees.

Atlanta Life Insurance Company, Plaintiff in Error, v. Maude Roberts, Defendant in Error.

*W. P. Dineen* and *White & White,* for Plaintiff in Error.

*Hilburn, Merryday & Dowda,* for Defendant in Error.